1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
Nov 10, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 1:22-cr-00299 ADA-BAM
12 |                          Plaintiff,    | MOTION AND PROPOSED ORDER TO
13 |             v.                         | SEAL INDICTMENT
14 | MIGUEL LEYVA, AND
15 | KARINA GUTIERREZ, AKA KARINA ARCEO,
16 |                          Defendant.
17

18      The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of

19 Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury

20 on November 10, 2022, charging the above defendants with violations of 18 U.S.C. § 1349

21 – Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1344 – Bank Fraud (Four Counts); 18

22 U.S.C. § 1029(a)(2) – Use of Unauthorized Access Devices; 18 U.S.C. § 1028A(a)(1) –

23 Aggravated Identity Theft (Two Counts); 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A), and 28

24 U.S.C. § 2461(c) - Criminal Forfeiture, be kept secret until the defendants named in this

25 Indictment are either in custody or have been given bail on these offenses; and further

26 order that until such time as the defendants are in custody or have been given bail,

27 ///

28 ///

Motion to Seal Indictment                          1

that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: November 10, 2022             Respectfully submitted,

                                        PHILLIP A. TALBERT
                                        United States Attorney

                         By     /s/ Joseph D. Barton
                               JOSEPH D. BARTON
                               Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: November 10, 2022             _____
                                        BARBARA A. MCAULIFFE
                                        U.S. Magistrate Judge