PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MIGUEL LEYVA, and<br>KARINA GUTIERREZ, aka Karina Arceo<br><br>  Defendant. | CASE NO. 1:22-CR-00299-ADA-BAM<br><br>MOTION AND ORDER TO UNSEAL CASE |

The government moves the Court to unseal the Indictment and all other filings in this case. On November 17, 2022, Miguel Leyva and Karina Gutierrez were arrested by authorities and will make their initial appearances as soon as possible. Therefore, the case should be unsealed to advise Mr. Leyva and Ms. Gutierrez of the charges against them.

Dated: November 17, 2022

Very truly yours,
PHILLIP A. TALBERT
United States Attorney

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>    v.<br><br>MIGUEL LEYVA, and<br>KARINA GUTIERREZ, aka Karina Arceo<br><br>                          Defendants. | CASE NO. 1:22-CR-00299-ADA-BAM<br><br>MOTION AND ORDER TO<br>UNSEAL CASE |

Based on the representations in the pending motion of the United States of America and good cause appearing due to the defendants' anticipated initial appearances in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

Dated:  **November 17, 2022**  _____
UNITED STATES MAGISTRATE JUDGE

2