PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. MIGUEL LEYVA AND KARINA ARCEO aka Karina Gutierrez, Defendants. | Case No. 1:22-cr-00299-ADA-BAM <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for February 8, 2023, at 1:00 p.m., may be continued until April 12, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Discovery includes thousands of text messages and financial records. Defense counsel has further investigation to perform. The parties agree that time under the Speedy Trial Act shall be excluded through April 12, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  February 1, 2023         */s/ James Homola*
                                 James Homola
                                 Counsel for Miguel Leyva

Dated:  February 1, 2023         */s/ Darryl Young*
                                 Darryl Young
                                 Counsel for Karina Arceo

Dated:  February 1, 2023         */s/ Joseph Barton*
                                 JOSEPH BARTON
                                 Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00299-ADA-BAM |
| Plaintiff, | ORDER |
| v. | |
| MIGUEL LEYVA AND KARINA ARCEO aka Karina Gutierrez, | |
| Defendants. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for February 8, 2023, at 1:00 p.m., is continued until **April 12, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through April 12, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **February 1, 2023**            /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE

3