PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. MIGUEL LEYVA and KARINA ARCEO aka Karina Gutierrez, Defendants. | Case No. 1:22-cr-00299-ADA-BAM  STIPULATION TO CONTINUE STATUS CONFERENCE; PROPOSED ORDER |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for April 12, 2023, at 1:00 p.m., may be continued until July 12, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced over 65,000 pages of discovery to defense counsel, which includes thousands of text messages and financial records. Defense counsel has further investigation to perform. The parties agree that time under the Speedy Trial Act shall be excluded through July 12, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  April 5, 2023          */s/ James Homola*
                               James Homola
                               Counsel for Miguel Leyva

Dated:  April 5, 2023          */s/ Darryl Young*
                               Darryl Young
                               Counsel for Karina Arceo

Dated:  April 5, 2023          */s/ Joseph Barton*
                               JOSEPH BARTON
                               Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00299-ADA-BAM |
| Plaintiff, | ORDER |
| v. | |
| MIGUEL LEYVA and KARINA ARCEO aka Karina Gutierrez, | |
| Defendants. | |

IT IS SO ORDERED that the status conference is continued from April 12, 2023, to **July 12, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **April 5, 2023**         /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE