PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00299-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| MIGUEL LEYVA and KARINA ARCEO aka Karina Gutierrez, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for July 12, 2023, at 1:00 p.m., may be continued until September 27, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced over 65,000 pages of discovery to defense counsel, which includes thousands of text messages and financial records. Defense counsel has further investigation to perform. The parties agree that time under the Speedy Trial Act shall be excluded through September 27, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: June 30, 2023

*/s/ James Homola*
James Homola
Counsel for Miguel Leyva

Dated: June 30, 2023

*/s/ Darryl Young*
Darryl Young
Counsel for Karina Arceo

Dated: June 30, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00299-ADA-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MIGUEL LEYVA and KARINA ARCEO aka Karina Gutierrez, | |
| Defendants. | |

IT IS SO ORDERED that the status conference is continued from July 12, 2023, to **September 27, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **July 5, 2023**         /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE