PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. MIGUEL LEYVA and KARINA ARCEO aka Karina Gutierrez, Defendants. | Case No. 1:22-cr-00299-ADA-BAM STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
|---|---|

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for September 27, 2023, at 1:00 p.m., may be continued until December 13, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced over 65,000 pages of discovery to defense counsel, which includes thousands of text messages and financial records. Defense counsel has further investigation to perform. The parties agree that time under the Speedy Trial Act shall be excluded through December 13, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: September 20, 2023        /s/ James Homola
                                 James Homola
                                 Counsel for Miguel Leyva

Dated: September 20, 2023        /s/ Darryl Young
                                 Darryl Young
                                 Counsel for Karina Arceo

Dated: September 20, 2023        /s/ Joseph Barton
                                 JOSEPH BARTON
                                 Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00299-ADA-BAM |
| Plaintiff, | ORDER |
| v. | |
| MIGUEL LEYVA and KARINA ARCEO aka Karina Gutierrez, | |
| Defendants. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for September 27, 2023, at 1:00 p.m., is continued until **December 13, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through December 13, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: __September 21, 2023__          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE