PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00299-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE OF PLEA HEARING; ORDER |
| v. | |
| MIGUEL LEYVA, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference scheduled for December 13, 2023, can be vacated, and a change of plea hearing can be scheduled for December 11, 2023, at 8:30 a.m., before the Honorable Ana de Alba. The parties have filed a plea agreement to resolve the case.

///

///

///

///

Time under the Speedy Trial Act has already been excluded through December 13, 2023.

Dated:  October 19, 2023                     /s/ James Homola
                                             James Homola
                                             Counsel for Miguel Leyva


Dated:  October 19, 2023                     /s/ Joseph Barton
                                             Joseph Barton
                                             Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00299-ADA-BAM |
| Plaintiff, | ORDER |
| v. | |
| MIGUEL LEYVA, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the status conference that is scheduled for December 13, 2023, is vacated, and a change of plea hearing is scheduled for **December 11, 2023, at 8:30 a.m., before the Honorable Ana de Alba**. Time under the Speedy Trial Act has been excluded through December 13, 2023.

IT IS SO ORDERED.

Dated: **October 20, 2023**        /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE