JAMES R. HOMOLA   #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
MIGUEL LEYVA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | &#124; | Case No 1: 22 CR 299 NODJ BAM |
| | &#124; | |
| Plaintiff, | &#124; | MOTION TO TERMINATE CJA |
| | &#124; | APPOINTMENT OF JAMES R. HOMOLA |
| V. | &#124; | AS ATTORNEY OF RECORD |
| | &#124; | |
| MIGUEL LEYVA, | &#124; | |
| | &#124; | |
| Defendant. | &#124; | |
| _____ | &#124; | |

On November 10, 2022, an Indictment was filed, alleging in eight

counts, alleging conspiracy, identity theft and bank fraud, in eight counts.

On November 18, 2022, Magistrate Judge BOONE appointed attorney James R.

Homola to represent Mr. LEYVA. On December 11, 2023, Mr. LEYVA plead guilty

to Counts 1 and 8 of the Indictment, and on March 27, 2024, he was sentenced

in proceedings before Judge Marilyn L. Huff.

Mr. LEYVA is in BOP custody. The period within which to file a notice

of appeal has passed. There is no further action to be taken in this matter.

Having completed his representation of Mr. LEYVA, CJA attorney James R.

Homola now moves to terminate his appointment under the Criminal Justice Act.

Dated: May 1, 2024                       Respectfully submitted,

                                         /s/ James R. Homola
                                         JAMES R. HOMOLA
                                         Attorney for Defendant
                                    **[PROPOSED] ORDER**

1

2     Having reviewed the notice, and finding that attorney James R. Homola

3 has completed the services for which he was appointed, the Court hereby

4 grants attorney James R. Homola's request for leave to withdraw as defense

5 counsel in this matter.

6     Should Defendant seek further legal assistance, Defendant is advised to

7 contact the Office of the Federal Defender for the Eastern District of

8 California, at 2300 Tulare Street, Suite 330, Fresno California 93721.  The

9 telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-

10 4360 (toll free).  If appropriate the office will arrange for the appointment

11 of counsel to assist the Defendant.

12     The Clerk of the Court is directed to serve a copy of this order on

13 Defendant LEYVA at the following address, and to update the docket to reflect

14 Defendant's pro se status and contact information.

15         MIGUEL LEYVA
            # 32280510

16         Central Valley Annex
            PO Box 637

17         McFarland, CA  93250

18     **IT IS SO ORDERED**

19 Dated: May 15, 2024.

20

21 CHIEF UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28